**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1981**

PALWINDER SINGH,

        Debtor - Appellant,

    v.

THOMAS PATRICK GORMAN,

        Trustee - Appellee,

    and

USBC - ALEXANDRIA,

        Party-in-Interest.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:17-cv-00266-TSE-MSN)

Submitted:  January 30, 2018              Decided:  February 1, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Palwinder Singh, Appellant Pro Se.  Marcelo Ramiro Michel, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Palwinder Singh appeals from the district court's order affirming the bankruptcy court's order dismissing his Chapter 13 bankruptcy petition. We have reviewed the record provided on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Singh v. Gorman*, No. 1:17-cv-00266-TSE-MSN (E.D. Va. filed June 23, 2017; entered June 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*